UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: JUUL LABS, INC., MARKETING SALES PRACTICE AND PRODUCTS LIABILITY LITIGATION<br><br>*This Document Relates to All Plaintiffs Identified in Exhibit A* | ) Case No. 3:19-MD-2913-WHO<br>)<br>) The Honorable William H. Orrick<br>)<br>) **[PROPOSED] CONSOLIDATED ORDER GRANTING STIPULATED MOTIONS TO VACATE ORDERS OF DISMISSAL WITHOUT PREJUDICE**<br>)<br>) This Document Relates To: All Actions<br>)<br>) The Hon. William H. Orrick<br>) |

1
2
3
4
5

Before the Court are the Stipulated Motions to Vacate Orders of Dismissal without Prejudice filed by Defendant Juul Labs, Inc., and the plaintiffs identified in Exhibit A in the above referenced, consolidated actions. Having considered the motions and arguments of the parties, and with good cause appearing therefore, the Court hereby GRANTS the Motions and VACATES the dismissal orders as applicable to all plaintiffs identified in Exhibit A.

6
7

IT IS SO ORDERED.

Dated: May 23, 2023

8
9
10
11

_____
The Honorable William H. Orrick
United States District Judge

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit A

| Count | Case Number | Case | Plaintiff | Counsel | Docket Entry Granting Dismissal | Individual Docket Number of Stipulated Motion |
|---|---|---|---|---|---|---|
| 1 | 3:19-cv-08230 | *Bradley Barker v. Juul Labs, Inc. et al.* | Barker, Bradley | Fears Nachawati, PLLC | Dkt. 1596 | Dkt. 14 |
| 2 | 3:22-cv-01411 | *Samuel Berning v. Juul Labs, Inc. et al.* | Berning, Samuel | Pulaski Kherkher, PLLC | Dkt. 3471 | Dkt. 8 |
| 3 | 3:22-cv-02471 | *Russell Christoph v. Juul Labs, Inc. et al.* | Christoph, Russell | Pulaski Kherkher, PLLC | Dkt. 3738 | Dkt. 7 |
| 4 | 3:20-cv-01400 | *Chase Dever v. Juul Labs, Inc. et al.* | Dever, Chase | Douglas & London, P.C. | Dkt. 1596 | Dkt. 12 |
| 5 | 3:22-cv-02722 | *Matheus Ferreira v. Juul Labs, Inc. et al.* | Ferreira, Matheus | Pulaski Kherkher, PLLC | Dkt. 3738 | Dkt. 8 |
| 6 | 3:22-cv-03212 | *Dave Jimenez v. Juul Labs, Inc. et al.* | Jimenez, Dave | Beasley Allen Crow Methvin Portis & Miles, LLC | Dkt. 3738 | Dkt. 6 |
| 7 | 3:22-cv-02397 | *Hunter Lambert v. Juul Labs, Inc. et al.* | Lambert, Hunter | Pulaski Kherkher, PLLC | Dkt. 3738 | Dkt. 8 |
| 8 | 3:21-cv-07731 | *Sean Murphy v. Juul Labs, Inc. et al.* | Murphy, Sean | Schlichter Bogard & Denton, LLP | Dkt. 3306 | Dkt. 9 |
| 9 | 3:21-cv-07460 | *Andrew Debus Williams v. Juul Labs, Inc. et al.* | Williams, Andrew Debus | Napoli Shkolnik, PLLC | Dkt. 3306 | Dkt. 35 |
| 10 | 3:22-cv-02759 | *Luke Yee v. Juul Labs, Inc. et al.* | Yee, Luke | Napoli Shkolnik, PLLC | Dkt. 3738 | Dkt. 9 |
| 11 | 3:22-cv-03307 | *Zenith Academy East v. Juul Labs, Inc. et al.* | Zenith Academy East | Frantz Law Group | Dkt. 3738 | Dkt. 8 |